IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re AFFIDAVITS OF DANA WOFFORD, MARK BENNET, and GAIL BENNET _____/ | No. C 12-80148 MISC RS<br><br>**ORDER OF DISMISSAL** |

Three notarized affidavits were filed in this miscellaneous matter, without any accompanying complaint or motion. There being no claim or other requested relief discernible from the face of the submissions, the matter is hereby dismissed without prejudice. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: 6/28/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE